DENNIS MARSHALL, COUNTY COUNSEL
MARY PAT BARRY, DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@co.santa-barbara.ca.us

Attorneys for Defendants
COUNTY OF SANTA BARBARA,
PSYCHIATRIC HEALTH FACILITY,
EDWIN FELICIANO, ANN DETRICK,
CHARLES NICHOLSON, MOIRA
O'CONNOR, REYNANTE BUGAY,
ALEX ROMANO, ERMA GOMES,
and CAROL SMITH

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CV11 010384 JHNCGx

| | |
|---|---|
| RICHARD DETTY individually and on behalf of Decedent CLIFFORD DETTY, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SANTA BARBARA, PSYCHIATRIC HEALTH FACILITY, EDWIN FELICIANO, ANN DETRICK, CHARLES NICHOLSON, MOIRA O'CONNOR, REYNANTE ENRIQUEZ BUGAY, ALEX ROMANO, ERMA GOMES, CAROL SMITH, and DOES 1-100, <br><br> Defendants. | Case No: <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b)** <br><br> **(FEDERAL QUESTION)** |

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b)
(Federal Question)

1

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants hereby remove to this Court the state court action described below.

1. On April 26, 2011 an action was commenced in the Superior Court of the State of California in and for the County of Santa Barbara by the filing of a Complaint entitled RICHARD DETTY v. COUNTY OF SANTA BARBARA, CATHOLIC HEALTHCARE WEST, MARIAN MEDICAL CENTER AND DOES 1 TO 100 as case number 1377795, hereto attached as Exhibit "A".

2. The Complaint filed on April 26, 2011 did not assert any cause of action establishing grounds for removal to federal court and was never served.

3. A First Amended Complaint was prepared in case number 1377795 and entitled RICHARD DETTY individually and on behalf of Decedent CLIFFORD DETTY, Plaintiff, vs. COUNTY OF SANTA BARBARA, PSYCHAITRIC HEALTH FACILITY, EDWIN FELICIANO, ANN DIETRICH, CHARLES NICHOLSON, MOIRA O'CONNOR, REYANTE ENRIGQUEZ BUGAY, ALEX ROMANO, ERMA GOMES, CAROL SMITH, and DOES 1 - 100, hereto attached as Exhibit "B".

4. The first date upon which defendants received a copy of a First Amended Complaint was November 16, 2011 when defendants were served with a copy of a First Amended Complaint and a Summons from the said state court. A copy of the Summons is attached hereto as Exhibit "C".

5. The First Amended Complaint asserts two causes of action establishing grounds for removal to federal court.

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Sec. 1331, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. Sec. 1441(b) in that

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b)
(Federal Question)
2.

this Court by defendants pursuant to the provisions of 28 U.S.C. Sec. 1441(b) in that it arises under 42 U.S.C. Sec. 1983.

7. All defendants who have been served with Summons and the First Amended Complaint, other than Santa Barbara County and Psychiatric Health Facility, are current or former employees of Santa Barbara County and, along with Santa Barbara County and Psychiatric Health Facility, are party to this Notice of Removal.

Dated: _December 15, 2011

DENNIS MARSHALL
COUNTY COUNSEL

*Mary Pat Barry*

By: Mary Pat Barry
    Deputy County Counsel
Attorneys for Defendants
COUNTY OF SANTA BARBARA, PSYCHIATRIC HEALTH FACILITY, EDWIN FELICIANO, ANN DETRICK, CHARLES NICHOLSON, MOIRA O'CONNOR, REYNANTE BUGAY, ALEX ROMANO, ERMA GOMES, and CAROL SMITH

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b)
(Federal Question)

PROOF OF SERVICE
(C.C.P. §§ 1013(a), 2015.5)

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am a citizen of the United States and am employed in the County of Santa Barbara; I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Suite 201, Santa Barbara, California.

On December 19, 2011, I served a true copy of the within **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** on the Interested Parties in said action:

☒ by mail. I am familiar with the practice of the Office of Santa Barbara County Counsel for the collection and processing of correspondence for mailing with the United States Postal Service. In accordance with the ordinary course of business, the above mentioned documents would have been deposited with the United States Postal Service, after having been deposited with and processed for postage by the County of Santa Barbara Central Mail Room.

David M. Feldman
Law Offices of David M. Feldman
100 Wilshire Blvd., Ste. 950
Santa Monica, CA  90401

☐ by depositing it in the United States Mail in a sealed envelope with postage thereon fully prepaid to the following:

☐ by personally delivering it to the person(s) indicated below:

☐ by Federal Express to the person(s) indicated below. I am readily familiar with the County's practice of collection and processing correspondence on the same day with this courier service, for overnight delivery. The delivery fees are provided for in accordance with this County's ordinary business practices

☒ (State)    I declare, under penalty of perjury, that the above is true and correct.

☐ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on December 19, 2011, at Santa Barbara, California.

D'Ann Kylene Marvin

MC–005

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> DENNIS MARSHALL, COUNTY COUNSEL <br> KELLY D. SCOTT, DEPUTY (BAR NO. 216181) <br> OFFICE OF COUNTY COUNSEL <br> 105 EAST ANAPAMU ST. #201 SANTA BARBARA, CA 93101 <br> TELEPHONE NO.: 805 568-2950   FAX NO. *(Optional)*: 805 568-2983 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Santa Barbara County Sheriff's Department | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA**
STREET ADDRESS: 312 - E. Cook Street Bldg. E
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Maria, CA 93454
BRANCH NAME: COOK DIVISION

PLAINTIFF/PETITIONER: Richard Detty individually and on behalf of Decedent Clifford Detty
DEFENDANT/RESPONDENT: County of Santa Barbara, et al.

| **FACSIMILE TRANSMISSION COVER SHEET** | CASE NUMBER: <br> 1377795 |
|---|---|

**TO THE COURT:**

1. **Please file** the following transmitted documents in the order listed below:

   Document name                                                          No. of pages
   NOTICE TO ADVESE PARTY OF REMOVAL TO FEDERAL COURT                      6

PLEASE FAX CONFORMED COPY BACK TO 568-2983

2. ☐   **Processing instructions** consisting of: _____ pages are also transmitted.

3. ☐   **Fee required**   ☐ Filing fee   ☐ Fax fee (Cal. Rules of Court, rule 10.815)
   a. ☐   **Credit card payment** I authorize the above fees and any amount imposed by the card issuer or draft purchaser to be charged to the following account:
      ☐ VISA   ☐ MASTERCARD   Account No.:          Expiration date:

   COUNTY OF SANTA BARBARA - EXEMPT      ▶    _____
   (TYPE OR PRINT NAME OF CARDHOLDER)                (SIGNATURE OF CARDHOLDER)

   b. ☐   **Attorney account** (Cal. Rules of Court, rule 2.304). Please charge my account no.:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
MC-005 [Rev. January 1, 2007]

**FACSIMILE TRANSMISSION COVER SHEET**
**(Fax Filing)**

Cal. Rules of Court, rule 2.304
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com