DENNIS MARSHALL, COUNTY COUNSEL
MARY PAT BARRY, DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2983
E-mail: mpbarry@co.santa-barbara.ca.us

Attorneys for Defendants
COUNTY OF SANTA BARBARA,
PSYCHIATRIC HEALTH FACILITY,
EDWIN FELICIANO, ANN DETRICK,
CHARLES NICHOLSON, MOIRA O'CONNOR,
REYNANTE BUGAY, ALEX ROMANO,
ERMA GOMES and CAROL SMITH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DETTY individually and on behalf of Decedent CLIFFORD DETTY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA BARBARA, et al.,<br><br>Defendants. | Case No: CV11-10384 MWF (JCGx)<br><br>**STIPULATION OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Judge: Hon. Michael W. Fitzgerald<br><br>Courtroom: 1600 – 16th Fl. Spring Street |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action through their designated counsel as follows:

1. The above-captioned action was settled in its entirety between the parties on October 29, 2013.

2. This action shall be dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

STIPULATION OF DISMISSAL
1.

3. The Court will retain jurisdiction to enforce the settlement.

Dated: November 15, 2013          LAW OFFICES OF DAVID M. FELDMAN

/S/ - David Feldman
David Feldman
Attorney for Plaintiff
RICHARD DETTY

Dated: November 15, 2013          DENNIS MARSHALL
                                  COUNTY COUNSEL

By: /S/ - Mary Pat Barry
Mary Pat Barry
Deputy County Counsel
Attorneys for Defendants
COUNTY OF SANTA BARBARA
PSYCHIATRIC HEALTH FACILITY,
EDWIN FELICIANO, ANN DETRICK,
CHARLES NICHOLSON, MOIRA
O'CONNOR, REYNANTE BUGAY,
ALEX ROMANO, ERMA GOMES and
CAROL SMITH

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

STIPULATION OF DISMISSAL
2.